258 So.2d 376

**CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA**

v.

**Richard E. BARDSLEY.**

**No. 52190.**

March 3, 1972.

In re: Richard E. Bardsley applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 256 So.2d 734.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

■

258 So.2d 376

**Albert PAYNE**

v.

**ALLSTATE INSURANCE COMPANY.**

**Wilbert ALBERT, Jr.**

v.

**ALLSTATE INSURANCE COMPANY et al.**

, **No. 52191.**

March 3, 1972.

In re: Albert Payne and Wilbert Albert, Jr. applying for certiorari, or writ of re-view, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 256 So.2d 788.

Writ denied. Under the facts found by the Court of Appeal the result is correct.